UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22095-CIV-LENARD/WHITE

**ERIC MARTIN**,

    Plaintiff,

vs.

**CAPTAIN PARKER, et al,**

    Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 14)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 14), issued on January 5, 2010, recommending that Plaintiff's Complaint be dismissed without prejudice for lack of prosecution.  Therein, the Parties were provided fourteen (14) days to file objections to the Report.  To date, Plaintiff has not filed any objections to the Report.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 14), issued on January 5, 2010, is **ADOPTED**;

    2.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of February, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**